UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES PETTUS,

                    Plaintiff,

        -against-

ADA RANDOLPH CLARK JR., ET AL.,

                    Defendants.

25 CIVIL 1451 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 11, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:   March 11, 2025
          New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge